O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMI TREIBATCH, individually and on behalf of all others similarly situated, | Case No. CV 14-09398 DDP (JCx) |
| Plaintiff, | ORDER |
| v. | |
| UGI CORPORATION; AMERIGAS PROPANE, INC.; AMERIGAS PROPANE, L.P.; AMERIGAS PARTNERS, L.P., doing business as AMERIGAN CYLINDER EXCHANGE; FERRELLGAS, L.P., doing business as BLUE RHINO; FERRELLGAS PARTNERS, L.P., FERRELLGAS PARTNERS FINANCE CORP.; FERRELLGAS FINANCE CORP., | |
| Defendants. | |

Plaintiff's largely unopposed Motion to Consolidate the Hawkins Action, No. 14-cv-8461-DDP (Jcx) and the Treibach Action, No. 14-cv-09398 DDP )JCx, is GRANTED, in part and DENIED in part. Plaintiffs shall file an Amended (Consolidated) Complaint in the Hawkins Action within ten days of the date of this Order. Upon

filing of the Amended (Consolidated) Complaint, the court shall dismiss the Treibach Action. Defendants shall file responses to the Amended (Consolidated) Complaint by May 11, 2015. If the responses are in the form of motions, Plaintiffs' opposition shall be filed by June 1, 2015. Any reply shall be filed by June 15, 2015. Defendants' Motions to Dismiss shall be noticed for hearing on June 29, 2015 at 10:00 a.m. The pending motions (**DOCKET NUMBERS 12 and 15**) are VACATED.

    Plaintiff's motion is denied insofar as it seeks to establish a leadership structure at this stage. Upon filing of the Consolidated Complaint, the parties may file a stipulation regarding, or Plaintiff may seek relief from, Local Rule 23-3.

IT IS SO ORDERED.

Dated: April 22, 2015

                                        DEAN D. PREGERSON
                                        United States District Judge